# NOVAK, JUHASE & STERN, LLP

ATTORNEYS AT LAW
483 CHESTNUT STREET
CEDARHURST, NY 11516

TEL: (516) 569-3030
FAX: (516) 569-3039

NEW JERSEY OFFICE
101 EISENHOWER PRKWY, SUITE 300
ROSELAND, NJ 07068
(973) 795-1206

December 19, 2007

Michael Cirrito, Esq.
White Cirrito & Nally
58 Hilton Avenue
Hempstead, NY 11550

       **Re: Euro-Cut, Inc. v. Meyer Futersak, et al.**
       **Case No. 06 cv 2219 (LW)**

Dear Mr. Cirrito:

  I am just now in receipt of the Third Party Defendants' very late answer. This firm will not accept this answer on the eve of trial. I have copied the court with this letter and I will ask that the court make a ruling on the record so I can reserve the matter for appeal. As far as I am concerned your clients are in default and I intend to seek a directed verdict on that portion of the third party complaint.

                Very truly yours,

                G. Alexander Novak

cc: Hon. Leonard Wexler, USDJ