**WHITE, CIRRITO & NALLY, LLP**
**Attorneys at Law**
**58 Hilton Avenue**
**Hempstead, New York  11550**
---------
**(516) 292-1818**
**FAX (516) 489-1940**
---------
E-mail: Info@WhiteandCirrito.Com

| | |
|---|---|
| William J. White  (1929-2000) | Mary Ellen Marino |
| Mary Ellen Cirrito | Office Manager |
| Michael L. Cirrito | -------- |
| James P. Nally* | Toni Boaz, Paralegal |
| --------- | Glendy Escobar, |
| | Legal Assistant |

*** Admitted in New York & Connecticut**

December 27, 2007

**VIA ECF**

Hon. Leonard D. Wexler
UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF NEW YORK
Att:  Mr. Peter Ausili, Law Clerk

    **Re: EURO-CUT d/b/a LaBRIUTE MEALS v. FUTERSAK, MARKETREND, et. al.**

    **Civil Case Number: 06 CV 2219 (LDW)**

Dear Mr. Ausili,

    Please find enclosed Stipulation of Discontinuance on the above-referenced action for the Court's approval.

    As a result of this Stipulation, the case has been settled and the matter is resolved.

                                                        Very truly yours,

                                                         *Michael Cirrito*
                                                         Michael Cirrito

MLC/mem
Enclosure

cc:  Mr. G. Alexander Novak