UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EURO-CUT d/b/a LABRUITE.

                Plaintiff                 CASE NO. 06 Cv. 2219
     - against -                            (LW)

MEYER FUTERSAK, MARKETREND, LTD,     **STIPULATION TO**
                                                              **DISCONTINUE WITH**
AND JOHN DOES I-X.                              **PREJUDICE**

                Defendants
------------------------------------------------------------X
MEYER FUTERSAK and MARKETREND, LTD,

                Third Party Plaintiffs

     -against-

DAVID GOLDFARB AND ABRAHAM HALBERSTAM

                Third Party Defendants
------------------------------------------------------------X

    There being no party to this action who is an infant or incompetent person for whom a committee has been appointed, and there is no person not a party who has any interest in the subject matter of this action, it is hereby,

    STIPULATED and AGREED by and between the attorneys for the respective parties that the causes of action by the plaintiff, EURO-CUT d/b/a LABRUITE against defendants, MEYER FUTERSAK and MARKETREND, LTD, and the causes of action of Third party plaintiffs, MEYER FUTERSAK and MARKETREND, LTD, against Third party Defendants DAVID GOLDFARB AND

1

ABRAHAM HALBERSTAM are dismissed with prejudice. This case is now closed.

The bond and undertaking posted by the Plaintiff is hereby discharged.

Facsimile or email, scanned copies of the attorneys signatures below shall be originals for purposes of the Stipulation.

Date: December 24, 2007

White Cirrito & Nally
58 Hilton Avenue
Hempstead, NY 11550

_____
Michael Cirrito, Esq. 9053
*Attorneys for Plaintiffs and Third Party Defendants*

NOVAK, JUHASE & STERN
483 Chestnut Street
Cedarhurst, NY 11516

_____
G. Alexander Novak, 9876
*Attorneys for Defendants and Third Party Plaintiffs, Futersak and Marketrend Ltd*

SO ORDERED:

_____
Hon. Leonard Wexler, USDJ

2